IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>JOSE CARMEN CABRERA-RAMIREZ A/K/A JOSE CARMEN CABRERA,<br><br>       Defendant. | CASE NO. 1:26-CR-00015-KES-EPG<br><br>**ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT** |

**ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance to allow the defendant reasonable time to complete her review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from May 27, 2026, until **August 26, 2026, at 1:00 p.m. before Magistrate Judge Erica P. Grosjean**; and

2. The period from May 27, 2026, through August 26, 2026, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

1

## **ORDER**

IT IS SO ORDERED that the status conference is continued from May 27, 2026, to **August 26, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **May 19, 2026**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

2