PATRICK AGUIRRE
1107 R Street
Fresno, CA 93721
Telephone: (562) 904-4337
Facsimile: (562) 683-2180

Attorney for Defendant
JOSE CARMEN CABRERA-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE CARMEN CABRERA-RAMIREZ A/K/A JOSE CARMEN CABRERA,<br>Defendant. | CASE NO. 1:26-CR-00015-KES-EPG<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT; ORDER** |

The parties stipulate as follows:

1. A grand jury filed an indictment against the defendant on January 29, 2026, and the defendant was arraigned on February 4, 2026. The Court set the first status conference for May 27, 2026, with time excluded to that date.

2. The Government produced initial discovery to the defendant's counsel on February 4, 2026.

3. On February 10, 2026, the government extended plea offers to the defendant.

4. Now, the parties have met and conferred and agree to another continuance of the status conference until October 28, 2026, to permit the parties additional time to continue plea negotiations and finalize the terms of a potential plea agreement. The parties are engaged in discussions regarding potential resolution of the matter.

5. The parties also agree that that the time period should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by

the Court at the defendant's request, on the basis of the Court's finding that: (1) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (2) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (3) failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the period from May 6, 2026, through October 28, 2026, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: August 24, 2026

*/s/ Patrick S. Aguirre*
Patrick S. Aguirre
Counsel for Jose Carmen Cabrera-Ramirez

Dated: August 24, 2026

ERIC GRANT
United States Attorney

*/s/ Joshua B. Banister*
Josua B. Banister
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE CARMEN CABRERA-RAMIREZ A/K/A JOSE CARMEN CABRERA,

Defendant.

CASE NO. 1:26-CR-00015-KES-EPG

**ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT**

**ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance to allow the defendant reasonable time to complete her review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from August 26, 2026, until **October 28, 2026, at 1:00 p.m. before Magistrate Judge Erica P. Grosjean**; and

2. The period from August 26, 2026, through October 28, 2026, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **August 24, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE