PATRICK S. AGUIRRE [SBN 189103]
1107 R Street
Fresno, CA 93721
Telephone: (562) 904-4337
Facsimile: (562) 683-2180

Attorney for Defendant
JOSE CARMEN CABRERA-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE CARMEN CABRERA-RAMIREZ A/K/A JOSE CARMEN CABRERA,

Defendant.

CASE NO. 1:26-CR-00015-KES-EPG

**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT; PROPOSED ORDER**

The parties stipulate as follows:

1. A grand jury filed an indictment against the defendant on January 29, 2026, and the defendant was arraigned on February 4, 2026. The Court set the first status conference for May 27, 2026, with time excluded to that date.
2. The Government produced initial discovery to the defendant's counsel on February 4, 2026.
3. On February 10, 2026, the government extended plea offers to the defendant.
4. Now, the parties have met and conferred and agree to another continuance of the status conference until January 13, 2027. Defense Counsel, Patrick S. Aguirre, will be out of state in Indiana in connection with *United States of America v. Juliette Gallardo Zamora,* Case No. 25-CR-00170-TWP- MKK and *United States of America v. Scott Carpenter,* Case No. 25-CR-75-HAB, which impacts counsel's availability and necessitates a continuance.

5. The parties also agree that that the time period should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at the defendant's request, on the basis of the Court's finding that: (1) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (2) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (3) failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the period from October 28, 2026, through January 13, 2027, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: October 23, 2026

ERIC GRANT
United States Attorney

*/s/ Joshua B. Banister*
Joshua B. Banister
Assistant United States Attorney

Dated: October 23, 2026

/s/ Patrick S. Aguirre
Patrick Aguirre, Esq.
Attorney for Defendant,
JOSE CARMEN CABRERA-RAMIREZ

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE CARMEN CABRERA-RAMIREZ A/K/A JOSE CARMEN CABRERA,

Defendant.

CASE NO. 1:26-CR-00015-KES-EPG

**ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT**

ORDER

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from October 28, 2026, until January 13, 2027, at 1:00 p.m. before Magistrate Judge Erica P. Grosjean; and

2. The period from October 28, 2026, through January 13, 2027, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **October 24, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE